IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY STIVERS, individually and on Behalf of all other similarly situated, | CIVIL ACTION |
| | Case No.: 2:12-cv-01534-CRE |
| Plaintiffs, | |
| v. | Magistrate Judge Cynthia Reed Eddy |
| OFFICE DEPOT, INC., | |
| Defendant. | |

## ORDER OF COURT

AND NOW, on this _10_ day of _April_, 2013, it is hereby ORDERED, ADJUDGED and DECREED, that upon consideration of the Joint Motion to Extend the Deadline for the Preliminary Approval Motion is hereby GRANTED, and that the parties' deadline to file the Preliminary Approval Motion and related papers shall be April 24, 2013, and the case management conference shall be re-scheduled for _May 7_, 2013 at _9:30_ (a.m.)/p.m.

_Cynthia Reed Eddy_ /J.
Magistrate Judge Cynthia Reed Eddy

DB1/ 73842975.2