IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY STIVERS, individually and on behalf of all other similarly situated, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OFFICE DEPOT, INC., )<br>Defendant. ) | Civil Action No. 12-1534<br>United States Magistrate Judge<br>Cynthia Reed Eddy |

ORDER OF COURT

AND NOW, this 13th day of May, 2013, after a status conference and consultation with counsel, the Court hereby sets September 19, 2013, at 2:00 p.m., as the date and time for the Hearing on Final Approval of the Proposed Settlement.

On May 14, 2103, the parties shall file an Amended Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement and an Amended Exhibit A, Notice to Class Members, with dates certain inserted in all appropriate places, as discussed more fully at the status conference.

/s Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all ECF registered counsel