## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY STIVERS, individually and on )
behalf of all other similarly situated,  )
                              )      Case No. 12-01534
            Plaintiff,      )
                              )      Magistrate Judge Cynthia Reed Eddy
      v.                           )
                              )
OFFICE DEPOT, INC.,           )
                              )
            Defendant.      )

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this __14th__ day of __May__, 2013, upon consideration of Plaintiff's

Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants

Plaintiff's Motion and ORDERS as follows:

1.      The Parties' Settlement Agreement is preliminarily approved as fair, reasonable

and adequate;

2.      For settlement purposes only, the following Settlement Class is provisionally

certified pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement: all individuals

who are current or former employees of Defendant Office Depot, Inc. who worked as Assistant

Store Managers in the Commonwealth of Pennsylvania at any time between October 23, 2008

and January 1, 2011;

3.      Timothy Stivers is preliminarily approved as the Class Representative;

4.      Berger & Montague, P.C., Klafter, Olsen & Lesser, LLP and Whitfield Bryson

& Mason LLP are appointed as Class Counsel for the Settlement Class;

5.      The proposed Class Notice and Claim Form attached hereto as Exhibits A and

B, respectively, are approved, and shall be sent out pursuant to the terms of the Settlement

Agreement;

DB1/ 74190685.1

6.      The Court will conduct a Final Approval Hearing on September 19, 2013, at 2:00 p.m. to determine the overall fairness of the settlement and to fix the amount of attorneys' fees and costs to Class Counsel and Service Award to the Class Representative.  Class Counsel shall file their motion for Attorneys' Fees, Costs, and Service Award to the Class Representative on or before July 15, 2013.  Class Counsel shall file their motion for final approval of the settlement on or before September 5, 2013; and

7.      The schedule and procedures for completing the final approval process as set forth in the parties' Settlement Agreement are hereby approved.

BY THE COURT,

_Cynthia Reed Eddy_
_____
Honorable Cynthia Reed Eddy
United States Magistrate Judge

2