### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY STIVERS, individually and on behalf of all other similarly situated, | ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-01534 |
| OFFICE DEPOT, INC., | ) ) | Magistrate Judge Cynthia Reed Eddy |
| Defendant. | ) ) | |

### PLAINTIFF'S UNOPPOSED MOTION
### FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiff Timothy Stivers ("Plaintiff") moves this Court for an Order:

1.      Granting final approval of the parties' Settlement Agreement submitted to the Court at Dkt. No. 20-1.

2.      Solely for purposes of settling this lawsuit, finally certifying the following Class: all individuals who are current or former employees of Defendant Office Depot, Inc. who worked as Assistant Store Managers in the Commonwealth of Pennsylvania any time between October 23, 2008 and January 1, 2011;

3.      Appointing Timothy Stivers as the Class Representative;

4.      Appointing Berger & Montague, P.C., Klafter Olsen & Lesser LLP and Whitfield Bryson & Mason, LLP as Class Counsel, and approving Class Counsel's fees and costs, as set forth in Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs; and

5.      Dismissing this class action complaint with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Shanon J. Carson in Support of Final Approval of the Settlement Agreement, and all other records, pleadings and papers on file in this action.

A proposed Order is submitted for the Court's consideration.

Dated: August 29, 2013

Respectfully submitted,

s/ Sarah R. Schalman-Bergen
Shanon J. Carson (PA 85957)
Sarah R. Schalman-Bergen (PA 206211)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net

Seth R. Lesser
Fran L. Rudich
Michael J. Palitz
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone:  (914) 934-9200
Facsimile:  (914) 934-9220
seth@klafterolsen.com
fran@klafterolsen.com
mpalitz@klafterolsen.com

Gary Mason
Nicholas Migliaccio
Jason Rathod
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave. NW, Suite 605
Washington, DC 20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294
gmason@wbmllp.com
nmigliaccio@wbmllp.com
jrathod@wbmllp.com

*Attorneys for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 29th day of August 2013, addressed as follows:

Christopher K. Ramsey (ID No. 63293)
MORGAN, LEWIS & BOCKIUS
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
(412) 560-3300
(412) 560-7001 (Facsimile)
cramsey@morganlewis.com

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen